```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JOSHUA YAFA,

                Defendant.

**05 Cr. 1129 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court grants the Government's request to unseal certain documents related to the 2009 judgment and sentencing of the Defendant for the use and based upon the reasons described in the Government's application. (See Dkt. No. 36.) Accordingly, the Court respectfully directs the Clerk of the court to unseal the documents filed at Dkt. Nos. 24, 27, 30, and 32.

**SO ORDERED.**

Dated:    4 May 2023
             New York, New York

                                   _____
                                       Victor Marrero
                                         U.S.D.J.